# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JACKILYN CONNOR,**
Appellant,

v.

**MIDLAND CREDIT MANAGEMENT, INC.,**
Appellee.

No. 4D2022-3082

[November 16, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Hon. J. Curley, Judge; L.T. Case No. 502020CA002490.

James L. Kauffman and Denali S. Hedrick of Bailey Glasser LLP, Washington, and Darren R. Newhart of Newhart Legal, P.A., Loxahatchee, for appellant.

Cory W. Eichhorn of Holland & Knight LLP, Miami, and Philip E. Rothschild of Holland & Knight LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and ARTAU, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***